IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES, | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| | : | NO. 10-225 |
| v. | : | |
| | : | |
| JOSE TORRES, | : | |
| Petitioner | : | |

## ORDER

AND NOW, this 29th day of June, 2015, upon consideration of Petitioner's *pro se* Motion to Vacate his Sentence pursuant to 28 U.S.C. § 2255, (Dkt No. 38), the Government's Response, (Dkt No. 41), and Petitioner's Reply, (Dkt No. 42), it is hereby ORDERED that:

1. Petitioner knowingly and voluntarily entered his Plea Agreement, (Dkt No. 19);

2. The Plea Agreement waived his right to present any collateral challenge to his conviction and sentence, absent exceptions that were not present in this case;

3. Petitioner did not allege any miscarriage of justice sufficient to overcome that waiver;

4. Petitioner's Motion to Vacate, (Dkt No. 38), is DISMISSED WITH PREJUDICE;

5. A certificate of appealability shall not issue;

6. The Clerk of Court is DIRECTED to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II    J.